IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

   *Hannah L. Walker v. Bayer HealthCare*                   No. 3:15-cv-10001-DRH-PMF
   *Pharmaceuticals  Inc., et al.*

## ORDER

**HERNDON, District Judge:**

Now before the Court is attorney R. Colin Campbell's motion for pro hac vice (Doc. 10) and the Clerk of the Court's order granting the same (Doc. 11).  For the reasons discussed herein, the order granting the motion is **STRICKEN** and the motion is **DENIED** as unnecessary.

Rule 1.4 regarding admission to practice before the panel and representation in transferred actions provides in part:

> Every member in good standing of the Bar of any district court of the United States is entitled without condition to practice before the Judicial Panel on Multidistrict Litigation.  Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred.  Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred.

Thus, said motion is **DENIED** as unnecessary and the order granting the same is **STRICKEN**.  Further, the Court **DIRECTS** the Clerk of the Court to **RETURN** the money paid regarding the pro hac vice.

**IT IS SO ORDERED.**

Signed this 8th day of September, 2015.

Digitally signed by David R. Herndon
Date: 2015.09.08 14:00:50 -05'00'

**United States District Court**

2